UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WILLIE ESTRADA, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:08-CV-0866-G |
| DAVID BERKEBILE, Warden, FCI, ) | |
| Seagoville, ) | **ECF** |
| ) | |
| Respondent. ) | |

### ORDER

After conducting a review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and recommendation of the magistrate judge are correct, and they are hereby **ACCEPTED** as the findings of the court.

**SO ORDERED**.

August 18, 2008.

_____
**A. JOE FISH**
**Senior United States District Judge**